**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **MICHAEL HERSHKOWITZ,** individually and on behalf of all others similarly situated, | No. 4:25-cv-01233-MTS |
| *Plaintiff*, | |
| v. | |
| **CLARITY DEBT RESOLUTION, INC.**, | |
| *Defendant.* | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hershkowitz hereby gives notice of

the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and

costs.

DATED this 20th day of November, 2025.    Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

M. Cory Nelson
MCN Law LLC
12433 Antioch Rd. # 25442
Overland Park, KS 66225
Email: mcorynelson@mcnlawllc.com
Tel:  913-358-5800

*Attorneys for Plaintiff and the putative Class*